# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02772- GPG-MDB

THE ESTATE OF JAY PHILIP PRITCHARD, by and through its personal representative Nola Mawhinney,

    Plaintiff(s),

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PUEBLO, COLORADO
DAVID J. LUCERO, SHERIFF OF PUEBLO COUNTY, in his official capacity
WELLINGTON DUPLESSIS, in his individual capacity;
ANDREW WARD, in his individual capacity;
NAPHCARE, INC., an Alabama Corporation;
STACY VALDEZ, in her individual capacity;
TAMMY LABORDE, in her capacity;
ACASHA KERR, in her individual capacity.

    Defendant(s).

## UNOPPOSED MOTION FOR DISMISSAL OF DEFENDANT DEPUTY ANDREW WARD

Plaintiff Estate of Jay Philip Pritchard, through its Personal Representative Nola Mawhinney, respectfully submits Unopposed Motion for Dismissal of Defendant Deputy Andrew Ward. As grounds, parties state as follows:

**Certification:** All counsel for the parties conferred regarding the requested relief and there is no objection regarding the same.

Plaintiff requests that the Court dismiss all claims by and relating to Plaintiff as against Defendant Deputy Andrew Ward, without prejudice, with each party to bear their own fees and costs.

Respectfully submitted this 28th day of July, 2024.

                                                s/ Phillip A. Geigle
                                                Phillip A. Geigle
                                                Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 28th day of July, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Zachary Williams
zwilliams@hallboothsmith.com
Attorney for NaphCare Defendants

Ann B. Smith
asmith@vaughandemuro.com
Attorney for County Defendants

Nola Mawhinney, Personal Representative of The Estate of Jay Pritchard

s/ Phillip A. Geigle
Phillip A. Geigle