# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02772- GPG-MDB

THE ESTATE OF JAY PHILIP PRITCHARD, by and through its personal representative Nola Mawhinney,

    Plaintifff(s),

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PUEBLO, COLORADO
DAVID J. LUCERO, SHERIFF OF PUEBLO COUNTY, in his official capacity
WELLINGTON DUPLESSIS, in his individual capacity;
ANDREW WARD, in his individual capacity;
NAPHCARE, INC., an Alabama Corporation;
STACY VALDEZ, in her individual capacity;
TAMMY LABORDE, in her capacity;
ACASHA KERR, in her individual capacity.

    Defendant(s).

## ORDER GRANTING UNOPPOSED MOTION FOR DISMISSAL OF DEFENDANT DEPUTY ANDREW WARD

The Court, having reviewed Unopposed Motion for Dismissal of Defendant Deputy Andrew Ward. , its file, and being fully apprised of the matters, hereby Grants the requested relief. Andrew Ward shall be dismissed as a Defendant in this matter. Each party shall bear their own fees and costs.

Ordered this   30th   day of   July  , 2024.

BY THE COURT:

_____
Gordon P. Gallagher
United States District Judge