# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02772-GPG-MDB

THE ESTATE OF JAY PHILIP PRITCHARD, by and through its personal representative Nola Mawhinney

  Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PUEBLO, COLORADO
DAVID J. LUCERO, SHERIFF OF PUEBLO COUNTY, in his official capacity
WELLINGTON DUPLESSIS, in his individual capacity;
ANDREW WARD, in his individual capacity;
NAPHCARE, INC., an Alabama Corporation;
STACY VALDEZ, in her individual capacity;
TAMMY LABORDE, in her individual capacity;
ACASHA KERR, in her individual capacity

  Defendants.

---

## DEFENDANT STACY VALDEZ'S MOTION TO CONTINUE MOTION TO DISMISS HEARING AND EXPERT DISCOVERY DEADLINES

---

  Defendant, Stacy Valdez ("Defendant Valdez"), by and through her attorneys, SHARUZI LAW GROUP, LTD., hereby files her Motion to Continue Motion to Dismiss Hearing and Expert Discovery Deadlines. She states the following in support:

### CERTIFICATE OF CONFERRAL

  The undersigned certifies that he conferred with counsel for Defendants and Plaintiff on September 20, 2024. Defendants are unopposed to the relief requested. Plaintiff is opposed to continuing the September 23, 2024, Motion Hearing. Plaintiff is unopposed to a 10-day extension on expert deadlines. Plaintiff does not take a position on a greater length of time for an extension pending the outcome of the Motion Hearing, if it occurs on September 23.

1

**CERTIFICATE OF SERVICE ON CLIENT**

Pursuant to D.C.COLO.LCivR 6.1(c), the undersigned certifies that this Motion to Continue is served contemporaneously on his client.

**MOTION**

1. Originally, Defendants Acasha Kerr, Tammy Laborde, NaphCare, Inc., and Stacy Valdez (the "NaphCare Defendants") were represented by the same counsel, Hall Booth Smith, P.C.

2. The other Defendants, the Board of County Commissioners of the County of Pueblo, Colorado, David J. Lucero, Wellington Duplessis, and Andrew Ward, (the "County Defendants") continue to be represented by Vaughan & DeMuro.

3. On December 18, 2023, the original attorneys for the NaphCare Defendants filed their Partial Motion to Dismiss.

4. On January 2, 2024, the County Defendants filed their Motion to Dismiss.

5. Through the course of discovery, it became apparent to all parties that Stacy Valdez should be represented by separate counsel from the other NaphCare Defendants.

6. On September 17, 2024, Jacqueline B. Sharuzi, of SHARUZI LAW GROUP, LTD., entered her appearance on behalf of Defendant Valdez.

7. On September 20, 2024, Hall Booth Smith, P.C., filed their Motion to Withdraw as Attorneys of Defendant Valdez, leaving SHARUZI LAW GROUP, LTD., as the only attorneys for Defendant Valdez.

8. Currently, there is a Motion Hearing set for September 23, 2024, at 3:15 p.m., to argue and rule on the Defendants' Motions to Dismiss.

9. Defendant Valdez's new counsel intends to argue the Motion to Dismiss as it applies to her.

10. However, due to Defendant Valdez's counsel recent entry into this case, they need more time to analyze the case file and prepare arguments on the Motion to Dismiss.

11. Therefore, Defendant Valdez respectfully requests a continuance on the Motion Hearing, in order to fully prepare her argument.

12. A continuance on the hearing would not prejudice any party as Defendants are unopposed, Plaintiff would not be prejudiced by a brief continuance, a brief continuance will not interfere with any other Court deadlines, and because good cause exists as a continuance will allow Defendant Valdez's counsel to fully argue the Motion to Dismiss on its merits.

13. Defendant Valdez anticipates that a continuance of one to two weeks will suffice to prepare for the Motion Hearing but respectfully defers to the Court's schedule.

14. Additionally, Defendant Valdez respectfully requests an extension on the current discovery deadlines.

15. The current discovery deadlines are as follow:

- Defendants' Expert Disclosures           September 27, 2024
- Parties' Rebuttal Experts Disclosures    October 14, 2024
- Discovery Cut-Off                        October 30, 2024
- Dispositive Motions Deadline             January 3, 2025

16. Due to Defendant Valdez's counsel's recent addition to the case, they respectfully request a 45-day continuance on the above deadlines.

17. The proposed new deadlines would be:

- Defendants' Expert Disclosures           November 11, 2024
- Parties' Rebuttal Expert Disclosures     November 28, 2024
- Discovery Cut-Off                        December 13, 2024

3

- Dispositive Motions Deadline                                    February 17, 2025

18. A continuance on the above deadlines would not prejudice any party as Defendants are unopposed and because continuing the deadlines will allow the parties to fully argue this case on its merits, and in light of the need to have Defendant Valdez have different counsel from the rest of the NaphCare Defendants.

WHEREFORE Defendant Valdez respectfully requests that the Court continue the September 23, 2024, Motion Hearing to allow time for her counsel to prepare their argument. Further, Defendant Valdez requests that the outstanding discovery deadlines be continued to the above proposed dates.

Respectfully submitted this 20th day of September 2024.

SHARUZI LAW GROUP, LTD.

By: */s/ Erik D. Moya*
Jacqueline B. Sharuzi, #49562
Erik D. Moya, #55074
555 Seventeenth Street., Suite 975
Denver, CO 80202
(303) 226-0330
jackie@sharuzilaw.com
emoya@sharuzilaw.com
*Attorneys for Stacy Valdez*

**CERTIFICATE OF SERVICE**

This is to certify that on this 20th day of September 2024, the foregoing was filed via the CM/ECF system, causing a copy of the same to be served on all counsel of record.

By: */s/ Cecilia Foster*
Cecilia Foster, Legal Assistant