**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Gordon P. Gallagher**

Date:                    September 23, 2024
Courtroom Deputy:        Donald L. Clement
Court Reporter:          Erin Valenti

---

Criminal Action No. **1:23-cv-02772-GPG-MDB**          Counsel:

NOLA MAWHINNEY,                                        Joshua David Franklin via VTC
  *As personal representative of Estate of Jay Philip*   Phillip Andrew Geigle
  *Pritchard,*

          Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE                   Ann Baumgartner Smith
  COUNTY OF PUEBLO, COLORADO,                          Zachary Williams
DAVID J LUCERO,                                        Jacqueline B. Sharuzi-Brown
  *in his official capacity as Sheriff of Pueblo County,*
WELLINGTON DUPLESSIS, i*n his individual capacity,*
NAPHCARE, INC., an *Alabama Corporation,*
STACY VALDEZ, *in her individual capacity,*
TAMMY LABORDE, i*n her capacity [sic],*
ACASHA KERR, i*n her individual capacity,*

          Defendant.

---

**COURTROOM MINUTES**

---

**Motion Hearing**

**3:12 p.m.       Court in session.**

Appearances of counsel.

Court has reviewed the following documents prior to the hearing:

Court provides more context to the Motion to Continue [D. 62] being denied in Order [D. 63].

Court raises [D. 19] Partial Motion to Dismiss, [D. 20] Motion to Dismiss, and [D. 57] Motion to Dismiss Party Wellington Duplessis for argument.

**3:19 p.m.** Defendant counsel Mr. Williams provides argument in favor of the motion.

**3:30 p.m.** Defendant counsel Ms. Sharuzi provides argument in favor of the motion.

**3:34 p.m.** Defendant counsel Ms. Smith provides argument in favor of the motion.

**3:40 p.m.** Plaintiff counsel Mr. Geigle provides argument against the motions. Plaintiff's Counsel orally motions for leave to amend complaint if claims are dismissed.

**3:56 p.m.** Defendant counsel Mr. Williams rebuttal argument.

**3:59 p.m.** Defendant counsel Ms. Sharuzi rebuttal argument.

**4:00 p.m.** Defendant counsel Ms. Smith rebuttal argument.

Court provides finding of fact and conclusion of law.

**ORDERED:** that the Motion to Dismiss [D. 20] is GRANTED.

**ORDERED:** that the Partial Motion to Dismiss [D. 19] is GRANTED in Part and Denied in Part. The Motions are granted in part to the following claims that are **dismissed without prejudice** and denied pertaining to the following claims that remain in this action:

The following claims are dismissed without prejudice:

- Plaintiff's Section 1983 claim against Defendant Valdez, to the extent that claim is premised on Defendant Valdez's alleged deliberate indifference to the risk that Mr. Pritchard would commit suicide;

- Plaintiff's Section 1983 claim against Defendant Kerr, to the extent that claim is premised on Defendant Kerr's alleged deliberate indifference to the risk that Mr. Pritchard would commit suicide;

- Plaintiff's Section 1983 claim against Defendant Laborde, to the extent that claim is premised on Defendant Kerr's alleged deliberate indifference to the risk that Mr. Pritchard would commit suicide;

- Plaintiff's Colorado-law claim against Defendant Duplessis, on all theories;

- Plaintiff's *Monell* claims against Defendants NaphCare, BOCC, and Sheriff Lucero.

The Following claims remain in this action:

- Plaintiff's Section 1983 claim against Defendant Valdez, to the extent that claim is premised on Defendant Valdez's alleged deliberate indifference to Mr. Pritchard's leg injury;

- Plaintiff's Section 1983 claim against Defendant Kerr, to the extent that claim is premised on Defendant Kerr's alleged deliberate indifference to Mr. Pritchard's leg injury;

- Plaintiff's Section 1983 claim against Defendant Laborde, to the extent that claim is premised on Defendant Laborde's alleged deliberate indifference to Mr. Pritchard's leg injury;

- Plaintiff's negligence claims against Defendants NaphCare, Valdez, Kerr, and Laborde.

**ORDERED:** that the Motion to Dismiss Party Wellington Duplessis [D. 57] is GRANTED and Defendant Duplessis is Dismissed from the case.

**ORDERED:** that the Parties are to confer pertaining about an extension of time to file expert witness disclosures within ten (10) days and contact Gallagher Chambers with an update.

**ORDERED:** that Defendants Board of County Commissioners of the County of Pueblo and Defendant David J Lucero are Dismissed from the case.

**4:40 p.m.**     **Court is adjourned. Hearing concluded.**

Total time in court: 1 Hour 28 Minutes