IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02772-GPG-MDB

THE ESTATE OF JAY PHILIP PRITCHARD, by and through its personal representative Nola Mawhinney,

    Plaintiff(s),

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PUEBLO, COLORADO
DAVID J. LUCERO, SHERIFF OF PUEBLO COUNTY, in his official capacity
WELLINGTON DUPLESSIS, in his individual capacity;
ANDREW WARD, in his individual capacity;
NAPHCARE, INC., an Alabama Corporation;
STACY VALDEZ, in her individual capacity;
TAMMY LABORDE, in her capacity;
ACASHA KERR, in her individual capacity.

    Defendant(s).

## JOINT MOTION FOR EXTENSION OF DEADLINES

COME NOW Plaintiff, The Estate of Jay Philip Pritchard, and Defendants NaphCare, Inc., Tammy LaBorde, Acasha Kerr, and Stacy Valdez ("the Parties") and for their Joint Motion for Extension of the Discovery Deadlines in this matter, pursuant to Fed. R. Civ. P. 6 (b) and 16 (b)(4), and state the following:

1. Plaintiff's Complaint was filed on October 23, 2023. [Doc. 1]

2. The Court entered its Scheduling Order on February 14, 2024. [Doc. 40].

3. On September 23, 2024, the Court issued an Order granting in part and denying in part the Motion to Dismiss filed on behalf of Defendants NaphCare, Inc., Stacy Valdez, Tammy Laborde, and Akash Kerr (collectively referred to herein as "Defendants"). See Doc. 65.

The Court's September 23, 2024 Order dismissed certain claims for relief against Defendants without prejudice. See id.

4. Following the dismissal of certain claims, Defendants raised objections as to the relevancy of certain requested discovery materials as not being relevant to the remaining claims and theories. The Parties conferred on this issue in good faith, but were unable to reach an agreement.

5. On October 10, 2024, at the request of the Parties, the Court set the discovery dispute for a telephonic discovery conference in front of Magistrate Judge Braswell for October 21, 2024. Doc. 73.

6. On October 17, 2024, counsel for Plaintiff and counsel for Defendants conferred regarding the proposed Amended Complaint. Defendants stated that they oppose Plaintiff's request for leave to amend.

7. During this conferral, the Parties also had a productive discussion regarding how to best complete all remaining discovery in light of Plaintiff's request for leave to amend their Complaint considering the remaining issues contained within the current discovery dispute, and the approaching discovery deadline of October 30, 2024.

8. On October 18, 2024, Plaintiff moved for leave to file an Amended Complaint. Doc. 74.

9. In light of Plaintiff's Motion for Leave to File a First Amended Complaint, and the potential impact of the Court's ruling on the same would have on the scope the claims and defenses, the Parties agreed to the following, subject to the Court's approval:

    a. Depending on the Court's ruling on Plaintiff's Motion for Leave, the subject of the Parties' discovery dispute may be resolved without Court intervention. Thus, in the interest of judicial economy, the Parties request that the Court postpone the

      conference or reserve making a ruling on this issue pending the Court's ruling on Plaintiff's Motion for Leave.

    b. As the Court's ruling on Plaintiff's Motion for Leave to Amend will also determine the scope of the claims and defenses in this case, the Parties request that the Court enter an Order that all discovery be completed within sixty (60) days of the Court's ruling on Plaintiff's Motion for Leave.

    c. The deadline for dispositive motions is January 3, 2025. Doc. 52. If granted, the relief requested in this Motion would require this deadline to be extended to allow the Parties adequate time to prepare their dispositive motions after the completion of the remaining discovery. Therefore, the Parties have agreed to an extension of the dispositive motion deadline by ninety (90) days from the date of the Court's order regarding plaintiff's pending motion to amend. Thus, the Parties respectfully request that the Court extend the dispositive motion deadline to 90 days following the entry of an Order on Plaintiff's Motion for Leave to File a First Amended Complaint.

10. Good cause exists to amend the Scheduling Order to extend discovery deadlines. The requested extension will ensure that (1) the Parties do not waste the Court's time with a discovery dispute that may be resolved without Court intervention; (2) Defendants' expert witnesses have sufficient time to adapt their opinions to any amendment of Plaintiff's Complaint; and (3) the Parties have sufficient time to complete any remaining discovery with a clear understanding of the nature of the operative Claims for Relief.

11. This request is not made for the purpose of undue delay, and will not prejudice any party.

Wherefore, the Parties respectfully request an Order amending the Scheduling Order to extend the expert witness deadlines as set forth in herein.

Respectfully submitted this 21st day of October, 2024.

| s/ Josh Franklin | s/Zachary Williams | /s Jaqueline Sharuzi |
|---|---|---|
| Phillip Geigle<br>GEIGLE MORALES, LLC<br>1720 S. Bellaire St, Ste 110<br>Denver, CO 80222<br>phillip@pgalegal.net<br><br>Josh Franklin<br>FRANKLIN SOTO LEEDS<br>600 17th Street, Ste 2800<br>Denver, CO 80202<br>jfranklin@fsl.law<br><br>*Attorneys for Plaintiff* | Brenda McClearn<br>Zachary E. Williams<br>HALL BOOTH SMITH, P.C.<br>6301 Waterford Blvd, Ste 200<br>Oklahoma City, Oklahoma 73107<br>Telephone: (405) 513-7111<br>Facsimile: (405) 768-1414<br>bmcclearn@hallboothsmith.com<br>zwilliams@hallboothsmith.com<br><br>*Attorneys for Defendant NaphCare, Inc, Acasha Kerr, and Tammy Laborde* | Jaqueline Sharuzi<br>Erik Moya<br>SHARUZI LAW GROUP<br>555 Seventeenth Street, Suite 975<br>Denver, CO 80202<br>jackie@sharuzilaw.com<br>emoya@sharuzilaw.com<br><br>*Attorneys for Stacy Valdez* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

phillip@pgalegal.net
jfranklin@fsl.law
jackie@sharuzilaw.com

/s/Zach Williams
ZACH WILLIAMS