IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No:  23-cv-02772-GPG-MDB | Date:  October 21, 2024 |
| Courtroom Deputy:  E. Lopez Vaughan | FTR:  Courtroom 101 |

| *Parties:* | *Counsel:* |
|---|---|
| Nola Mawhinney | Joshua Franklin |
| | Phillip Geigle |
| Plaintiff, | |
| v. | |
| Pueblo County BOCC, et al | Zachary Williams |
| | Erik Moya |
| Defendant. | |

## COURTROOM MINUTES

**DISCOVERY CONFERENCE**

**1:30 p.m.** **Court in session.**

Court calls case.  Appearances of counsel.

Discussion regarding discovery disputes raised with chambers via email. The parties have since submitted a *Joint Motion to Continue Discovery Deadlines* at ECF No. 75 based on Plaintiff's *Motion for Leave to File First Amended Complaint* at ECF No. 74. The Joint Motion suggests that this discovery dispute should be put on hold in the interest of judicial economy pending the Court's ruling on the amendment motion.

**ORDERED**:   The Motion at ECF No. 75 is **GRANTED**. Deadlines are extended as proposed:
  **Discovery deadline**-60 days after Judge Gallagher's ruling
  **Dispositive motions**-90 days after Judge Gallagher's ruling

If necessary, the discovery disputes may be re-raised at a later date.

**1:42 p.m.** **Court in recess.**

Hearing concluded.
Total in-court time     00:12

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.