# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02772-GPG-MDB

THE ESTATE OF JAY PHILIP PRITCHARD, by and through its personal representative Nola Mawhinney,

    Plaintiff(s),

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PUEBLO, COLORADO
DAVID J. LUCERO, SHERIFF OF PUEBLO COUNTY, in his official capacity
WELLINGTON DUPLESSIS, in his individual capacity;
ANDREW WARD, in his individual capacity;
NAPHCARE, INC., an Alabama Corporation;
STACY VALDEZ, in her individual capacity;
TAMMY LABORDE, in her capacity;
ACASHA KERR, in her individual capacity.

    Defendant(s).

## DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION

COME NOW Defendants NaphCare, Inc., Tammy LaBorde, Acasha Kerr, and Stacy Valdez and for their Joint Motion for Extension of Time to respond to Plaintiff's Objections to Magistrate Judge Braswell's Report and Recommendation (ECF Doc. 83 and 82):

1. On February 20, 2025, Magistrate Judge Braswell issued a Report and Recommendation as to the disposition of Plaintiff's Motion to for Leave to File First Amended Complaint. [Doc. 82 and 74].

2. Plaintiff timely filed their Objection to the Court's Report and Recommendation on March 6, 2025. [Doc. 83].

3. While preparing a Response to Plaintiff's Objections, counsel for NaphCare underwent an unplanned hand surgery, which required a short leave of absence to recover.

4. Accordingly, NaphCare, Inc., Tammy LaBorde, Acasha Kerr respectfully request a short extension of time of seven days to finalize their Response.

5. Counsel for Nurse Valdez respectfully requests a similar extension of time.

6. Defendants have conferred with Plaintiff's counsel, and they do not object to the extension.

7. This request is not made for the purpose of undue delay, and will not prejudice any party.

Wherefore, Defendants NaphCare, Inc., Tammy LaBorde, Acasha Kerr, and Stacy Valdez respectfully and jointly request an Order extending the time for which Defendants to file a response to Plaintiff's Objections by seven days.

Respectfully submitted this 20th day of March, 2025.

| | |
|---|---|
| */s Zachary Williams* | */s Erik Moya* |
| Brenda McClearn | Jaqueline Sharuzi |
| Zachary E. Williams | Erik Moya |
| HALL BOOTH SMITH, P.C. | SHARUZI LAW GROUP |
| 6301 Waterford Blvd, Ste 200 | 555 Seventeenth Street, Suite 975 |
| Oklahoma City, Oklahoma 73107 | Denver, CO 80202 |
| Telephone: (405) 513-7111 | jackie@sharuzilaw.com |
| Facsimile: (405) 768-1414 | emoya@sharuzilaw.com |
| bmcclearn@hallboothsmith.com | |
| zwilliams@hallboothsmith.com | *Attorneys for Stacy Valdez* |
| *Attorneys for Defendant NaphCare, Inc, Acasha Kerr, and Tammy Laborde* | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

phillip@pgalegal.net
jfranklin@fsl.law
jackie@sharuzilaw.com

*/s/Zach Williams*
ZACH WILLIAMS