## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02772-GPG-MDB

THE ESTATE OF JAY PHILIP PRITCHARD, by and through its personal representative Nola Mawhinney

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PUEBLO, COLORADO
DAVID J. LUCERO, SHERIFF OF PUEBLO COUNTY, in his official capacity
WELLINGTON DUPLESSIS, in his individual capacity;
ANDREW WARD, in his individual capacity;
NAPHCARE, INC., an Alabama Corporation;
STACY VALDEZ, in her individual capacity;
TAMMY LABORDE, in her individual capacity;
ACASHA KERR, in her individual capacity

    Defendants.

---

### DEFENDANT STACY VALDEZ'S JOINDER TO THE NAPHCARE DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION (ECF 83)

---

Defendant, Stacy Valdez ("Defendant Valdez"), by and through her attorneys, SHARUZI LAW GROUP LTD., hereby files her Joinder to the Naphcare Defendants' Response to Plaintiff's Objection to Report and Recommendation (ECF 83) and in support states as follows:

On March 6, 2025, Plaintiff filed its Objection to Recommendation of United States Magistrate Judge, objecting to, among other recommendations, "the recommended denial of leave to amend [Plaintiff's] (1) First Claim for Relief (42 U.S.C. § 1983) against…Defendant Stacy Valdez." [ECF 83]. Following a brief extension, on March 27, 2025, Defendants Naphcare, Inc., Tammy Laborde, and Acasha Kerr (collectively, the "Naphcare Defendants"), filed their Response

to Plaintiff's Objections, arguing that the Court should adopt the recommendations of the Magistrate Judge, including the denial of leave to amend the 42 U.S.C. § 1983 claim against Defendant Valdez. [ECF 87]. Therefore, Defendant Valdez hereby adopts and incorporates by reference the arguments made in the Naphcare Defendants' Response, which apply equally to Defendant Valdez.

WHEREFORE Defendant Valdez joins the Naphcare Defendants' Response to Plaintiff's Objection to Report and Recommendation (ECF 83).

Respectfully submitted this 27th day of March 2025.

SHARUZI LAW GROUP, LTD.

By: */s/ Erik D. Moya*
Jacqueline B. Sharuzi, #49562
Erik D. Moya, #55074
555 Seventeenth Street., Suite 975
Denver, CO 80202
(303) 226-0330
jackie@sharuzilaw.com
emoya@sharuzilaw.com
*Attorneys for Defendant Stacy Valdez*

**CERTIFICATE OF SERVICE**

This is to certify that on this 27th day of March 2025, the foregoing was filed via the CM/ECF system, causing a copy of the same to be served on all counsel of record.

By: */s/ Erik D. Moya*
Erik D. Moya