IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02772-GPG

THE ESTATE OF JAY PHILIP PRITCHARD, by and through its personal representative Nola Mawhinney;

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PUEBLO, COLORADO,
DAVID J. LUCERO, SHERIFF OF PUEBLO COUNTY, in his official capacity
WELLINGTON DUPLESSIS, in his individual capacity;
NAPHCARE, INC., an Alabama Corporation;
STACY VALDEZ, in her individual capacity;
TAMMY LABORDE, in her individual capacity;
ACASHA KERR, in her individual capacity

    Defendants.

---

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

---

    COMES NOW, Zachary Williams, attorney for Defendants NaphCare, Inc., Tammy LaBorde and Acasha Kerr, hereby requests this Court to allow him to withdraw as counsel of record in this action. In support of this motion, the undersigned states as follows:

    1.    I am leaving my position with Hall Booth Smith, P.C. effective April 4, 2025.

    2.    Defendants NaphCare, Inc., Tammy LaBorde and Acasha Kerr will continue to be represented by Brenda S. McClearn of Hall Booth Smith, P.C.

    3.    My withdrawal will not adversely affect Defendants NaphCare, Inc., Tammy LaBorde or Acasha Kerr.

4. Ms. McClearn will remain counsel for Defendants NaphCare, Inc., Tammy LaBorde and Acasha Kerr.

5. Conferral is not required as this motion is brought pursuant to D.C.COLO.LAttyR 5(b). *See* D.C.COLO.LCivR.7(b)(4).

6. WHEREFORE, the undersigned respectfully requests that this Court enter an Order allowing him to withdraw as attorney of record for Defendants NaphCare, Inc., Tammy LaBorde and Acasha Kerr.

Respectfully submitted this 10th day of April 2025.

*s/ Zachary Williams*
Zachary Williams
Hall Booth Smith, P.C.
5445 DTC Parkway Suite 900,
Greenwood Village, CO 80111
Phone:  303-773-3500
Fax:      720-806-2292
E-mail:  zwilliams@hallboothsmith.com
***Attorneys for NaphCare, Inc., Tammy LaBorde and Acasha Kerr***

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** was filed via the CM/ECF and served upon the following:

| | |
|---|---|
| Phillip A. Geigle<br>Anna L.C. Geigle<br>Geigle Morales, LLC<br>1720 South Bellaire Street, Suite 110<br>Denver, Colorado 80222<br>phillip@pgalegal.net | Ann Baumgartner Smith<br>Vaughan & DeMuro<br>111 South Tejon Street, Suite 545<br>Colorado Springs, CO 80903<br>asmith@vaughandemuro.com<br>***Attorney for County Defendants*** |
| Joshua Franklin<br>Franklin Soto Leeds, LLP<br>600 17th St, Ste. 2800 South<br>Denver, CO 80202<br>jfranklin@fsl.law<br>***Attorneys for Plaintiff*** | Jaqueline B. Sharuzi<br>555 Seventeenth St, Ste 975<br>Denver, CO 80202<br>jackie@sharuzilaw.com<br>***Attorney for Defendant Stacy Valdez*** |

                                        *s/ Lorie Whalen*
                                        Lorie Whalen