# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02772-GPG-MDB

THE ESTATE OF JAY PHILIP PRITCHARD, by and through its personal representative Nola Mawhinney

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PUEBLO, COLORADO
DAVID J. LUCERO, SHERIFF OF PUEBLO COUNTY, in his official capacity
WELLINGTON DUPLESSIS, in his individual capacity;
ANDREW WARD, in his individual capacity;
NAPHCARE, INC., an Alabama Corporation;
STACY VALDEZ, in her individual capacity;
TAMMY LABORDE, in her individual capacity;
ACASHA KERR, in her individual capacity

    Defendants.

---

## UNOPPOSED MOTION FOR EXTENSION OF DEADLINES

---

Defendant Stacy Valdez ("Defendant Valdez"), by and through her attorneys, SHARUZI LAW GROUP, LTD., hereby files her Unopposed Motion for Extension of Deadlines, for good cause, and states as follows:

### CERTIFICATE OF CONFERRAL

Counsel for Defendant Valdez conferred with Plaintiff's counsel on March 2, 2026. Plaintiffs are unopposed to the relief requested herein.

### CERTIFICATE OF SERVICE ON CLIENT

Pursuant to D.C.COLO.LCivR 6.1(c), the undersigned certifies that this Unopposed Motion for Extension of Deadlines is served contemporaneously on their client.

1

1. Defendant Valdez has been working to comply with the current Court ordered deadlines. However, Defendant Valdez anticipates that she will need additional time to file her expert disclosures and reports.

2. Defendant Valdez therefore seeks to limitedly extend the current case plan and schedule to allow Defendant Valdez an additional week to file her Fed. R. Civ. P. 26(a)(2) expert disclosures and a corresponding additional week for any rebuttal disclosures. Plaintiff does not oppose the one-week extensions requested.

3. This is the first time the Defendant Valdez has moved the court for an extension related to their Fed. R. Civ. P. 26(a)(2) expert disclosures.

4. This request is not being made to interpose any unduly delay.

5. Accordingly, Defendant Valdez requests that the Scheduling Order be amended with the following new deadlines:

- Expert Disclosure Deadline: March 9, 2026 (moved from March 2, 2026)
- Rebuttal Deadline: April 8, 2026 (moved from April 1, 2026)

WHEREFORE, Defendant Valdez respectfully request that the Court enter an Order granting her *Unopposed* Motion and extending this matter's deadlines as set forth above, and for any further relief the Court finds just and appropriate.

Respectfully submitted this 2nd day of March 2026.

                                              **SHARUZI LAW GROUP, LTD.**

By:    */s/ Jacqueline Sharuzi*
        Jacqueline B. Sharuzi, #49562
        Erik D. Moya, #55074
        555 Seventeenth Street., Suite 975
        Denver, CO 80202
        (303) 226-0330
        jackie@sharuzilaw.com
        emoya@sharuzilaw.com
        ***Attorneys for Defendant Stacy Valdez***

3

## CERTIFICATE OF SERVICE

This is to certify that on this 2nd day of March 2026, the foregoing was filed via CM/ECF system causing a copy of the same to be served on all counsel of record:

Phillip Geigle
GEIGLE MORALES, LLC
1720 S. Bellaire St, Ste 110
Denver, CO 80222
phillip@pgalegal.net

Josh Franklin
FRANKLIN SOTO LEEDS
600 17th Street, Ste 2800
Denver, CO 80202
jfranklin@fsl.law
*Attorneys for the Plaintiff*


Brenda S. McClearn
HALL BOOTH SMITH, P.C.
5445 DTC Parkway
The Quadrant
Suite 900
Greenwood Village, CO 80111
980-859-0380
bmcclearn@hallboothsmith.com

Katherine Dandy
HALL BOOTH SMITH, P.C.
11215 N. Community House Road, Suite 750
Charlotte, NC 28277
980-859-0380
kdandy@hallboothsmith.com
*Attorneys for Defendant NaphCare, Tammy Laborde and Acasha Kerr*


                        By:    */s/ Nicole Hammes*
                               Nicole Hammes, Legal Assistant